

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGLEULA MOORE                                        CIVIL ACTION

VERSUS                                                NO. 05-3771

ORLEANS PARISH PRISON                                 SECTION "B" (2)

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Angleula Moore are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 22nd day of Feb, 2006.

_____
UNITED STATES DISTRICT JUDGE

\_\_\_ Fee_____
\_\_\_ Process_____
X   Dktd_____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No_____